UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANE CHARLIE TOM,<br><br>                Petitioner,<br>     v.<br>THE STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:22-cv-00061-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Lane Charlie Tom, a Nevada prisoner, has asserted that he is seeking "petition for rehearing pursuant to F.R. Civ. P. 60(b) of the previous petition for writ of habeas corpus in the U.S. District Court of Nevada, Reno Division." (ECF No. 1-1.) On February 18, 2022, the Court instructed Tom to (1) file an amended petition, and (2) file an IFP application or pay the $5 filing fee. (ECF No. 3.) A notice of this order was returned to the court with the notation that Tom is now located at meaning Warm Springs Correctional Center.

The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. *See* LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id.*; *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

The Clerk of Court is therefore directed to send Tom a courtesy copy of the following at Warm Springs Correctional Center: (1) a copy of this order, (2) a blank form IFP application for incarcerated litigants along with *two* copies of this court's February 18,

2022, order, and (3) a blank form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with instructions.

It is further ordered that the 45-day deadlines established in the February 18, 2022, order are extended. Tom must comply with the requirements established in the February 18, 2022, order no later than May 31, 2022.

It is further ordered that Tom update his address by filing a notice of change of address no later than May 13, 2022. Failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

DATED THIS 13th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE